■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL CAPALDO, Appellant. [616 NYS2d 959] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered January 7, 1993, convicting him of criminal possession of a controlled substance in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL CAPALDO, Appellant. [616 NYS2d 989] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered February 3, 1993, convicting him of criminal sale of a controlled substance in the first degree and conspiracy in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.